UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOHN DOE,                                                         :
:
:
Plaintiff,                                                        :
:   24-CV-7974 (JMF)
-v-                                                               :
:   ORDER
:
SEAN COMBS et al.,                                                :
:
Defendants.                                                       :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Rule 10(a) of the Federal Rules of Civil Procedure requires that "all the parties" be named in the title of the complaint. Plaintiff did not seek leave to file his complaint using pseudonyms. Plaintiff shall file a motion seeking leave to proceed under pseudonym no later than **October 25, 2024**. Failure to comply with the Court's instruction will result in dismissal of the complaint without prejudice to refiling and without further notice to the parties.

      Moreover, to ensure that the Court has no conflicts that would require recusal, Plaintiff shall promptly file, **under seal**, a declaration disclosing his identity (and the identity of any other party that is not named in the Complaint) to the Court. To ensure that his name does not appear on the public docket, Plaintiff's counsel should ensure that the declaration is titled "**Declaration of John Doe**."

      No summons shall issue until the Court resolves whether Plaintiff may proceed pseudonymously.

      SO ORDERED.

Dated: October 21, 2024
      New York, New York
                                                   JESSE M. FURMAN
                                                   United States District Judge