UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOHN DOE,                                                               :
:
:
Plaintiff,                                      :
:      24-CV-7974 (JMF)
-v-                                                :
:           ORDER
:
SEAN COMBS et al.,                                                      :
:
Defendants.                                       :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 24, 2024, Plaintiff filed a motion seeking to proceed under the pseudonym "John Doe."  *See* ECF No. 14.  The motion is GRANTED temporarily.  Defendants — and any non-party who seeks, and is granted, leave to intervene for purposes of being heard on the issue — shall file any opposition to the motion **within three weeks of the first Defendant's entry of a notice of appearance**; any reply shall be filed within **one week of any opposition**.  In the meantime, the Court reserves judgment on whether to grant the motion on a more permanent basis.  Plaintiff shall serve this Order on all Defendants with the summons and Complaint.

      The Clerk of Court is directed to issue a summons and terminate ECF No. 14.

      SO ORDERED.

Dated: October 29, 2024
      New York, New York

                                       JESSE M. FURMAN
                                      United States District Judge