UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOHN DOE, :
:
Plaintiff, : 24-CV-7974 (JMF)
:
-v- : <u>ORDER TO SHOW</u>
: <u>CAUSE</u>
SEAN COMBS et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Complaint in this case was filed with the Court on October 20, 2024, *see* ECF No. 1, but the docket does not reflect that the Complaint was ever served on Defendants. Under Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff must serve the summons and Complaint within 90 days — i.e., by January 18, 2025. Accordingly, it is hereby ORDERED that the Plaintiff communicate with the Court, in writing, as to the status of service and, if Plaintiff believes that Defendants have been served, when and in what manner such service was made.

      If the Court does not receive any communication from Plaintiff by **February 3, 2025**, showing good cause why such service was not made within the 90 days, the Court will dismiss the case without further notice.

      Additionally, the initial pretrial conference currently scheduled for January 15, 2025, *see* ECF No. 13, is ADJOURNED to **March 12, 2025** at **9:00 a.m.**

      Finally, Plaintiff is directed (1) to notify Defendants' attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **January 10, 2025**. If unaware of the identity of counsel for Defendant, counsel receiving this order must forthwith send a copy of this Order to that party personally.

      SO ORDERED.

Dated: January 6, 2025
       New York, New York

                                                             JESSE M. FURMAN
                                                            United States District Judge