UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>-against-<br><br>SEAN COMBS, DADDY'S HOUSE RECORDINGS, INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, AND INDIVIDUAL DOES 1-10<br><br>                    Defendants. | Case No. 24-cv-7974<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Mark Cuccaro of the firm Sher Tremonte LLP, hereby appears as counsel for Defendants Sean Combs, Daddy's House Recordings, Inc., CE OpCO, LLC d/b/a Combs Global f/k/a Combs Enterprises LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC in connection with the above-captioned action.

Dated: New York, New York
       January 14, 2025

                        **SHER TREMONTE LLP**

                        By: /s/ *Mark Cuccaro*
                              Mark Cuccaro
                        90 Broad Street, 23rd Floor
                        New York, New York 10004
                        Tel: 212.202.2600
                        Email: MCuccaro@shertremonte.com

                        *Attorney for Defendants Sean Combs,*
                        *Daddy's House Recordings, Inc., CE OpCO, LLC,*
                        *Bad Boy Entertainment Holdings, Inc., Bad Boy*
                        *Productions Holdings, Inc., Bad Boy Books Holdings,*
                        *Inc., Bad Boy Entertainment LLC, and Bad Boy*
                        *Productions LLC*
                              .