**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN DOE,

    *Plaintiff,*

  -against-

SEAN COMBS, DADDY'S HOUSE RECORDINGS
INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a
COMBS ENTERPRISES LLC, BAD BOY
ENTERTAINMENT HOLDINGS, INC., BAD BOY
PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS
HOLDINGS, INC., BAD BOY RECORDS LLC, BAD
BOY ENTERTAINMENT LLC, BAD BOY
PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10,
and INDIVIDUAL DOES 1-10,

    *Defendants.*

Case No.: 1:24-cv-07974 (JMF)

**NOTICE OF VOLUNTARY**
**DISMISSAL SOLELY OF**
**DEFENDANT BAD BOY**
**RECORDS LLC, PURSUANT**
**TO RULE 41(a)(1)(A)(i) OF**
**THE FEDERAL RULES OF**
**CIVIL PROCEDURE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff John

Doe, by and through his undersigned counsel, hereby gives notice that the above-captioned

Action is voluntarily dismissed, without prejudice, solely as against Defendant Bad Boy Records

LLC ("BBRLLC").  This voluntary dismissal is not with respect to any Defendant other than

BBRLLC in the above-captioned Action.  The same is acknowledged and agreed by BBRLLC,

by and through its undersigned counsel.

Dated: New York, New York
   March 3, 2025

       **CURIS LAW, PLLC**

     By: _____
       Antigone Curis
     52 Duane Street, 7th Fl.
     New York, NY 10007
     (646) 335-7220
     antigone@curislaw.com

      — AND —

1

**THE BUZBEE LAW FIRM**
Anthony G. Buzbee
Texas Bar No. 24001820

— AND —

**AVA LAW GROUP**
Andrew Van Arsdale
CA Bar No. 323370
andrew.vanarsdale@avalaw.com
3667 Voltaire Street, Ste. 101

*Attorneys for John Doe*


**PRYOR CASHMAN LLP**


By: _____
     Donald S. Zakarin
     William L. Charron
     Nicholas G. Saady
7 Times Square
New York, New York  10036
(212) 421-4100
dzakarin@pryorcashman.com

*Attorneys for BBRLLC*



**<u>SO ORDERED</u>**


_____
Judge Jesse M. Furman
United States District Judge

Dated: _____, 2025


2