UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JOHN DOE,

                    Plaintiff,

            v.                             Case No. 24-CV-07974 (JMF)

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a/ COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, AND INDIVIDUAL DOES 1-10,

**ORAL ARGUMENT REQUESTED**

**NOTICE OF MOTION**

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, and upon all prior proceedings had in herein, Defendants Sean Combs, Daddy's House Recordings Inc., CE OpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Combs Defendants") will move this Court, in accordance with Fed. R. Civ. P. 12(b)(6), before the Honorable Jesse M. Furman at the Thurgood Marshall United States Courthouse, Courtroom 1105, 40 Foley Square, New York, New York 10007, for an order dismissing Plaintiff's Complaint against the Combs Defendants with prejudice (ECF No. 1).

Dated: March 11, 2025
      New York, New York

                              SHER TREMONTE LLP

                              */s/ Mark Cuccaro*
                              Mark Cuccaro
                              Michael Tremonte
                              Erica Wolff
                              Raphael A. Friedman
                              90 Broad Street, 23rd Floor
                              New York, NY 10004
                              (212) 202-2600
                              mcuccaro@shertremonte.com
                              mtremonte@shertremonte.com
                              ewolff@shertremonte.com
                              rfriedman@shertremonte.com
                              *Attorneys for Combs Defendants*